458 P.2d 859

**STATE of New Mexico, Plaintiff-Appellee,**

v.

**Billy Bob PARKER, Defendant-Appellant.**

**No. 8895.**

Supreme Court of New Mexico.

Sept. 2, 1969.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 282, 80 N.M. 551, 458 P.2d 803, be and the same is hereby returned to the Clerk of the Court of Appeals.

458 P.2d 859

**Kathleen E. BROCK, Plaintiff-Appellee,**

v.

**Winnie HARKINS, Defendant-Appellant.**

**No. 8910.**

Supreme Court of New Mexico.

Sept. 17, 1969.

Ordered that application for writ of certioari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 300, 80 N.M. 596, 458 P.2d 848, be and the same is hereby returned to the Clerk of the Court of Appeals.

458 P.2d 859

**Gladys BROWN and Johnny Brown, Plaintiffs-Appellees,**

v.

**F. W. HALL, d/b/a Hall's Bar and Lounge, Defendant-Appellant.**

**No. 8913.**

Supreme Court of New Mexico.

Sept. 17, 1969.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 310, 80 N.M. 556, 458 P.2d 808 be and the same is hereby returned to the Clerk of the Court of Appeals.

458 P.2d 859

**STATE of New Mexico, Plaintiff-Appellee,**

v.

**Juan Jose LOPEZ, Defendant-Appellant.**

**No. 8902.**

Supreme Court of New Mexico.

Sept. 17, 1969.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 276, 80 N.M. 599, 458 P.2d 851, be and the same is hereby returned to the Clerk of the Court of Appeals.

458 P.2d 859

**Mike ARCHULETA, Petitioner,**

v.

**Honorable E. Forrest SANDERS, Respondent.**

**No. 8917.**

Supreme Court of New Mexico.

Sept. 19, 1969.

NOBLE, Chief Justice and MOISE, COMPTON and WATSON, Justices concurring. TACKETT, Justice, being absent and not participating;

Ordered that petition for writ of prohibition be and the same is hereby denied.